## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Michael Gallagher
                         Plaintiff,

v.                                         Case No.: 1:14–cv–00776
                                                  Honorable Joan B. Gottschall

AbbVie Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2014:

       MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to plaintiff's notice of voluntary dismissal, this case is hereby dismissed without prejudice. Status hearing set for 4/11/2014 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.