UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Gallagher, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:14-cv-776 |
| AbbVie Inc., and | : | |
| Abbott Laboratories, Inc., | : | This Document Relates to: In re AbbVie, Inc. |
| | : | 1:14-cv-1748 |
| Defendants. | : | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE: On Wednesday, April 23, 2014 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall or any judge sitting in her stead, in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO SET ASIDE VOLUNTARY DISMISSAL AND REOPEN CASE** for Michael Gallagher, a copy of which was filed on April 16, 2014, and was served upon you via the Court's CM/ECF system.

Date: <u>April 16, 2014</u>    Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle (IL 6281491)
Brendan A. Smith (IL 65190)
**SIMMONS, BROWDER, GIANARIS,**
**ANGELIDES, & BARNERD, LLC**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
bsmith@simmonsfirm.com

and

Benedict P. Morelli
David Stuart Ratner
David T. Sirotkin
**MORELLI ALTERS RATNER LLP**
950 Third Avenue
11th Floor
New York, NY 10022
Tel.  (212) 751-9800
Email: bmorelli@morellialters.com
Email: dratner@morellialters.com
Email: dsirotkin@morellialters.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Trent B. Miracle*